UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KOLOBOTOS PROPERTIES, LLC § | |
| § | |
| v. § | CIVIL NO. 4:21-CV-120-SDJ |
| § | |
| RICHARD THOMAS, ET AL. § | |

## ORDER

Kolobotos Properties, LLC ("Kolobotos") filed this appeal under 28 U.S.C. § 158(a), challenging the bankruptcy court's Order Granting Motion of Richard and Gloria Thomas for Relief from Automatic Stay Regarding 2315 Lawrence St., Dallas, TX 75215. (Dkt. #1). The Court later denied Kolobotos's Emergency Motion for Stay Pending Appeal, (Dkt. #3), which sought to prevent a scheduled March 2, 2021 foreclosure sale of the subject property at 2315 Lawrence Street, Dallas, Texas 75215 (the "Property"). (Dkt. #12). The Court conducted a telephonic status conference on Friday, April 2, 2021, during which the parties confirmed that the foreclosure sale of the Property occurred on March 2, 2021. Given the completed foreclosure sale of the Property, the Court ordered each of the parties to submit a brief to the Court as to whether the instant appeal is now moot. Thus, now before the Court are Appellee's Brief in Support of Mootness of Appeal, (Dkt. #19, #20), and Appellant's Statement Regarding Mootness, (Dkt. #21).

"Ordinarily, an appeal will be moot when the property underlying the dispute has been sold at a foreclosure sale because this court cannot fashion adequate relief, *i.e.*, cannot reverse the transaction." *Dick v. Colo. Hous. Enters., L.L.C.*, 872

1

F.3d 709, 711 (5th Cir. 2017); *see also, e.g., In re Clayton*, 30 F.3d 1490, No. 93-2816, 1994 WL 397639, at *2 (5th Cir. July 11, 1994) ("A stay pending appeal from bankruptcy orders granting a creditor relief from stay is moot after the creditor forecloses and purchases the property in question"); *In re Sullivan Cent. Plaza, I, Ltd.*, 914 F.2d 731, 732 (5th Cir. 1990) ("If the debtor fails to obtain a stay, and if the property is sold in the interim, the district court will ordinarily be unable to grant any relief. Accordingly, the appeal will be moot.").

Here, the Court denied Kolobotos's motion for stay pending appeal of the bankruptcy court order. (Dkt. #12). Subsequently, the Property in question was sold at a foreclosure sale and the Debtor's Chapter 11 case was dismissed. Finally, the parties agree that the foregoing facts and controlling law moot the appeal in this matter. *See* (Dkt. #19, #20, #21).

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants are hereby dismissed with prejudice against the refiling of same, with each party to pay its own court costs. This order is a final order that disposes of all claims asserted or that could have been asserted in this case. All relief not expressly granted herein is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 12th day of May, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE